Timothy J. Silverman, SBN 145264
Holly J. Nolan, SBN 140775
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263

Donald P. Tremblay SBN 83109
Law Offices of Donald P. Tremblay
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 792-7492
Facsimile: (858) 792-7768

Attorneys for Plaintiffs SABINE SCHUDEL and RAMON TOLEDO

**FILED & ENTERED**

OCT 07 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTICT OF CALIFORNIA

In re:

    TOM ALLEN BIBIYAN,

                    Debtor,
_____

SABINE SCHUDEL and RAMON TOLEDO,

                    Plaintiffs,

v.

TOM ALLEN BIBIYAN, a.k.a. THOMAS BIBIYAN, a.k.a. DEREK LEVITON, an individual,

                    Defendants.
_____

Case No.: 2:09-bk-36666-PC

Chapter 7

Adv. Proc. No. 09-03551-PC

The Hon. Peter Carroll

**ORDER GRANTING PLAINTIFFS SABINE SCHUDEL AND RAMON TOLEDO'S MOTION FOR SUMMARY JUDGMENT OF NONDISCHARGEABILITY OF DEBT AGAINST DEFENDANT TOM ALLEN BIBIYAN**

DATE: September 28, 2010
TIME: 9:30 a.m.
PLACE: 255 East Temple Street
         Los Angeles, CA
CTRM: 1539

DATE FILED: December 28, 2009
DISCOVERY CUT OFF: None set
TRIAL: None set

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

On Tuesday, September 28, 2010, in Courtroom 1539 of the above-entitled court, Plaintiffs SABINE SCHUDEL and RAMON TOLEDO's Motion for Summary Judgment against

1
_____
ORDER GRANTING PLAINTIFFS SABINE SCHUDEL AND RAMON TOLEDO'S MOTION FOR SUMMARY
JUDGMENT OF NONDISCHARGEABILITY OF DEBT AGAINST DEFENDANT TOM ALLEN BIBIYAN

Defendant TOM ALLEN BIBIYAN came on for hearing.  Plaintiffs were represented by Holly J. Nolan; Defendant appeared in pro per.  No opposition was filed by Defendant.

Having considered the pleadings and evidence filed by the moving parties, including but not limited to Plaintiffs' Statement of Uncontroverted Facts and Conclusions of Law, Memorandum of Points and Authorities, Appendix of Evidence, Request for Judicial Notice, Affidavits of Holly J. Nolan and Ramon Toledo, and all other evidence, memorandum and arguments presented in favor of Plaintiffs' motion, including the files and records of this action, and having made the findings of fact and conclusions of law entered concurrently herewith, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. Plaintiffs SABINE SCHUDEL and RAMON TOLEDO's Motion for Summary Judgment is GRANTED.

### 

DATED: October 7, 2010

_____
United States Bankruptcy Judge

2

ORDER GRANTING PLAINTIFFS SABINE SCHUDEL AND RAMON TOLEDO'S MOTION FOR SUMMARY JUDGMENT OF NONDISCHARGEABILITY OF DEBT AGAINST DEFENDANT TOM ALLEN BIBIYAN

| In re:<br><br>TOM ALLEN BIBIYAN<br><br>Debtor(s). | CASE NO.: 2:09-bk-3666-SB<br>CHAPTER: 7<br>ADV. PRO. NO.: 09-03551-SB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**12651 High Bluff Drive, Suite 300, San Diego, CA 92130**

A true and correct copy of the foregoing document described **ORDER GRANTING PLAINTIFFS SABINE SCHUDEL AND RAMON TOLEDO'S MOTION FOR SUMMARY JUDGMENT OF NONDISCHARABILITY OF DEBT AGAINST DEFENDANT TOM ALLEN BIBIYAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ___September 29, 2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached page

☐ Service information continued on

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____**,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 29, 2010 | Nadine Hicks | /S/ Nadine Hicks |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

ORDER GRANTING PLAINTIFFS SABINE SCHUDEL AND RAMON TOLEDO'S MOTION FOR SUMMARY JUDGMENT OF NONDISCHARGEABILITY OF DEBT AGAINST DEFENDANT TOM ALLEN BIBIYAN

| In re:<br><br>TOM ALLEN BIBIYAN<br><br>Debtor(s). | CASE NO.: 2:09-bk-36666-SB<br>CHAPTER: 7<br><br>ADV. PROC. NO.: 09-03551-SB |
|---|---|

**Additional Service Information** (If needed):

**Via U. S. Mail**

Honorable Peter Carroll
U.S. Bankruptcy Court
Courtroom 1539
255 East Temple Street
Los Angeles, CA 90012

**Debtor**
Tom Allen Bibiyan
6446 W. 84th Street
Los Angeles, CA 90045

**Debtor's Attorney**
Hamid Soleimanian
Law Offices of Hamid Soleimanian, Inc.
16633 Ventura Boulevard, Suite 503
Encino, CA  91436

**Trustee**
Richard K. Diamond
Danning,Gill, Diamond & Kollitz
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067

Donald Tremblay
Law Offices of Donald Tremblay
11622 El Camino Real, Suite 100
San Diego, CA  92130


Donald Tremblay
Law Offices of Donald Tremblay
12651 High Bluff Drive, Suite 300
San Diego, CA  92130
**(By Personal Service)**

_____
ORDER GRANTING PLAINTIFFS SABINE SCHUDEL AND RAMON TOLEDO'S MOTION FOR SUMMARY
JUDGMENT OF NONDISCHARGEABILITY OF DEBT AGAINST DEFENDANT TOM ALLEN BIBIYAN

| In re: | CASE NO.: 2:09-bk-36666-SB |
|---|---|
| TOM ALLEN BIBIYAN | CHAPTER: 7 |
| Debtor(s). | CASE NO: 09-23551-SB |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**
Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING PLAINTIFFS SABINE SCHUDEL AND RAMON TOLEDO'S MOTION FOR SUMMARY JUDGMENT OF NONDISCHARGEABILITY OF DEBT AGAINST DEFENDANT TOM ALLEN BIBIYAN** was entered on the date indicated as An Entered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 29, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Richard K Diamond
jlv@dgdk.com, rdiamond@ecf.epiqsystems.com

Holly J Nolan on behalf of Plaintiff Ramon Toledo
hollyn@sgsslaw.com

Timothy J Silverman on behalf of Plaintiff Ramon Toledo
tim@sgsslaw.com

Hamid Soleimanian
Lawwiz.gmail.com

United States Trustee (LA)
Ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Tom Allen Bibiyan
6446 W. 84th Street
Los Angeles, CA  90045

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

5

_____
ORDER GRANTING PLAINTIFFS SABINE SCHUDEL AND RAMON TOLEDO'S MOTION FOR SUMMARY JUDGMENT OF NONDISCHARGEABILITY OF DEBT AGAINST DEFENDANT TOM ALLEN BIBIYAN